1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 | DENO A. JONES,                          CASE NO. 1:09-cv-01339-GBC PC

10 |               Plaintiff,               ORDER DISMISSING ACTION, WITH
                                            PREJUDICE, FOR FAILURE TO STATE A
11 |      v.                                CLAIM

12 | JOHN DOE, et al.,                      ORDER COUNTING DISMISSAL AS A
                                            STRIKE UNDER 28 U.S.C. § 1915(G)
13 |               Defendants.

14 | _____/

15

16        Plaintiff Deno A. Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma

17 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on July 30,

18 2009.

19        An order was issued on January 6, 2011, dismissing the complaint, with leave to file an

20 amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  Plaintiff was

21 warned that if he failed to file an amended complaint in compliance with the order, this action would

22 be dismissed, with prejudice, for failure to state any claims.

23        More than thirty days have passed and Plaintiff has not complied with or otherwise responded

24 to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which

25 relief may be granted.

26 ///

27 ///

28

1

1       Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

2   HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

3   relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal

4   SHALL count as a strike under 28 U.S.C. § 1915(g).

5       IT IS SO ORDERED.

6

    Dated:    February 25, 2011

7       UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28